**FILED**
Aug 07, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>CRISTOBAL HERNANDEZ-GRANADOS,<br><br>                Defendant. | CASE NO. 5:25-MJ-00057-CDB<br><br>ORDER TO UNSEAL CASE |

    Good cause appearing due to the Defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: **August 6, 2025**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE